UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLIN M. TANIGUCHI, )<br>)<br>Plaintiff(s),  )<br>)<br>v.  )<br>)<br>)<br>EMC MORTGAGE CORP.,  )<br>)<br>Defendant(s). )<br>)<br>_____) | No. C 06-2409 JL (BZ)<br><br>**ORDER SCHEDULING<br>SETTLEMENT CONFERENCE** |

Defendant EMC Mortgage Corporation has filed a timely request to have its representative excused from personally attending the settlement conference.  No opposition was filed though the court understands plaintiff objects.  **IT IS ORDERED** that EMC's representative's personal attendance is excused.  **IT IS FURTHER ORDERED** that EMC's representative shall be available by telephone **Tuesday, January 2, 2007 at 9:00 a.m.**  If the Court concludes that the absence of the representative is interfering with the settlement discussions, the Court may continue the settlement conference and require his/her personal attendance.

Dated:  December 18, 2006

_____
Bernard Zimmerman
United States Magistrate Judge

1