UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLIN M. TANIGUCHI,<br><br>    Plaintiff(s),<br><br>    v.<br><br>EMC MORTGAGE CORP.,<br><br>    Defendant(s). | No. C 06-2409 JL (BZ)<br><br>**ORDER EXCUSING DEFENDANT'S REPRESENTATIVE FROM PERSONAL APPEARANCE AT SETTLEMENT CONFERENCE** |

Defendant EMC Mortgage Corporation has filed a timely request to have its representative excused from personally attending the settlement conference. No opposition was filed though the court understands plaintiff objects. **IT IS ORDERED** that EMC's representative's personal attendance is excused. **IT IS FURTHER ORDERED** that EMC's representative shall be available by telephone **Tuesday, January 2, 2007 at 9:00 a.m.** If the Court concludes that the absence of the representative is interfering with the settlement discussions, the Court may continue the settlement conference and require his/her personal attendance.

Dated:   December 18, 2006

_____
Bernard Zimmerman
United States Magistrate Judge

1