UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

COLIN M. TANIGUCHI,            )
                              )
          Plaintiff(s),       )        No. C06-2409 JL (BZ)
                              )
     v.                       )        **ORDER RE OVERDUE PAPERS**
                              )
EMC MORTGAGE CORPORATION,      )
                              )
          Defendant(s).       )
_____)

     TO:  Plaintiff(s) and Defendant(s) and their attorney(s)

of record:

     On October 24, 2006, you were ordered to lodge a

Settlement Conference Statement seven days prior to the

conference, which is scheduled for January 2, 2007.  Your

statement was due Tuesday, December 26, 2006.  It was not

received by chambers.

     **IT IS HEREBY ORDERED** that if a statement is not lodged by

the close of business tomorrow, plaintiff(s) and defendant(s)

and their attorney(s) of record will be sanctioned $100 a day

for each day's delay, beginning from the date it was

originally due.

Dated: December 27, 2006

                         _____
                              Bernard Zimmerman
                         United States Magistrate Judge

G:\BZALL\-REFS\REFS.06\TANIGUCHI.LATE.PAPERS.ORD.wpd

1