| | |
|---|---|
| 1 | JOHN B. SULLIVAN (State Bar No. 96742) |
| | REGINA J. McCLENDON (State Bar No. 184669) |
| 2 | rjm@severson.com |
| | SEVERSON & WERSON |
| 3 | A Professional Corporation |
| | One Embarcadero Center, Suite 2600 |
| 4 | San Francisco, CA 94111 |
| | Telephone: (415) 398-3344 |
| 5 | Facsimile: (415) 956-0439 |
| 6 | Attorneys for Defendant |
| | EMC MORTGAGE CORPORATION |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| COLIN M. TANIGUCHI, | Case No.: C 06 2409 JL |
|---|---|
| Plaintiff, | **STIPULATION OF DISMISSAL** |
| vs. | |
| EMC MORTGAGE CORPORATION, a Delaware Corporation; and DOES 1-15, inclusive, | |
| Defendants. | |

11474/0018/612998.1

STIPULATION OF DISMISSAL

It is hereby stipulated by and between plaintiff Colin M. Taniguchi and defendant EMC Mortgage Corporation that the complaint filed by plaintiff in this matter shall be dismissed with prejudice, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure. Each party shall bear its own costs and attorneys' fees.

DATED: February 16, 2007

SEVERSON & WERSON
A Professional Corporation

*/s/ Regina J. McClendon*

By: _____
Regina J. McClendon

Attorneys for Defendant
EMC MORTGAGE CORPORATION

DATED: February 16, 2007

LAW OFFICES OF ADAM S. GRUEN

*/s/ Adam S. Gruen*

By: _____
Adam S. Gruen

Attorneys for Plaintiff
COLIN M. TANIGUCHI

IT IS SO ORDERED.

Dated: February 20, 2007
_____

[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge James Larson]

11474/0018/612998.1

2

STIPULATION OF DISMISSAL